AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

DEC 30 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MAG

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony John Wengerd | ) | Case No. 3 19 72088 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/29/2019__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 81 | Arson within special maritime and territorial jurisdiction of the United States |

This criminal complaint is based on these facts:

See attached Affidavit of US Park Police Officer Onassis Batista

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Officer Onassis Batista
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/30/2019__

_____
*Judge's signature*

City and state: __San Francisco, California__       Hon. Sallie Kim
*Printed name and title*

Affidavit of United States Park Police Officer Onassis Batista in support of a Criminal complaint:

I, Onassis Batista, state

1. I have been a United States Park Police Officer since 2002. I am assigned to the San Francisco Field Office. I am a graduate of the Federal Law Enforcement Training Center Basic Police School. My duties include, but are not limited to, investigating criminal matters within the Presidio of San Francisco and the Golden Gate National Recreation Area. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter. In addition, this affidavit is based on my personal knowledge and information provided to me from other law enforcement officers.
2. On December 29, 2019, at approximately 1950 hours, I was dispatched to the area of Muni Pier and Van Ness Avenue for a report of a vehicle fire. This area is called Aquatic Park and is U.S. Government property. I arrived on scene and was met by SFPD units who advised me that the suspect was a White Male Adult, 20-40 years old wearing a black hoody and black pants.
3. A witness was found on scene who was sitting in his PGE work vehicle and noticed several trucks on fire. The witness looked up and saw a light to medium skin tone male wearing a black hoody and black jeans walk towards him and away from the fire.
4. Shortly thereafter, U.S. Park Police Master Patrol Officer Johnson responded to upper Fort Mason to canvas the area for the suspect. That area is in close proximity to Aquatic Park and is the direction in which the suspect was seen leaving the area. MPO Johnson was flagged by another witness who told MPO Johnson that a man dressed all in black jumped over a fence to Building 112 at Fort Mason, which is a U.S. government maintenance building, and may be inside the building.
5. MPO Johnson entered the courtyard of Building 112 and saw that a window had been broken and the door was ajar. MPO Johnson saw someone inside the building wearing a black hooded jacket and black pants.
6. MPO Johnson ordered the suspect to show him his hands. The suspect did not comply. The suspect then lit something on fire, dropped it on the floor, and ran further into the building. I am informed that the building is a single-

story building that stores maintenance equipment. I am further informed that the fire caused extensive damage to the building and equipment.
7. The suspect exited the north side of the building and was apprehended by U.S. Park Police Sgt. D'Onofrio and K9 Officer Petersen on the Great Meadow after a short foot pursuit.
8. I arrived to assist with the custody of the suspect, ANTHONY WENGERD. A search incident to arrest, I found a blue Bic lighter in his left front jacket pocket. The suspect was transported to Van Ness Avenue for a cold show. The first witness referenced above confirmed that the suspect fit the description of the person he saw near the trucks on fire and who walked towards him as he left the Aquatic Park area and headed to the Fort Mason area.
9. Officer Brown and I transported WENGERD to U.S. Park Police Station for processing. There, WENGERD was advised of his Miranda rights. He waived his rights and agreed to be interviewed.
10. K9 Officer Petersen and I interviewed WENGERD at interview room #1. WENGERD admitted to setting the vehicles on Van Ness Avenue on fire and Building #112 on Fort Mason on fire.
11. Based on all facts above, I have probable cause to believe that on December 29, 2019, Anthony John Wengerd while in the Golden Gate National Recreational Area, within the special maritime and territorial jurisdiction of the United States, did commit the violation of 18 USC 81 Arson within special maritime and territorial jurisdiction.

_____
U.S. Park Police Officer Onassis Batista

Sworn and subscribed before me this 30 day of December, 2019.

_____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE