STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant WENGERD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JOHN WENGERD,<br><br>Defendant. | Case No.: CR 20–032 JD<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The above titled matter is currently scheduled for change of plea on April 22, 2020. As of today's date, the President has declared a national public health emergency,[1] and the Governor of the State of California has declared a public health emergency throughout the

---

[1] *See Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*, https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (Mar. 13, 2020).

STIPULATED ORDER
*WENGERD*, CR 20–032 JD

state,[2] both in response to the spread of the Coronavirus Disease 2019 (COVID-19). The Centers of Disease Control and Prevention (CDC) and other health authorities have advised people to take precautions to reduce the exposure to COVID-19 and to slow the spread of the disease. An important part of the CDC recommendations is social distancing: keeping an appropriate physical distance between people, and particularly in public settings.[3]

To ensure the health and safety of the defendant and others through social distancing, and in accordance with the Court's General Order No. 72, the parties stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for change of plea on May 14, 2020 at 9:30 AM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until the next court date. The parties agree that the ends of justice served by ordering this continuance outweighs the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A); N.D. Cal. General Order 72. The Court may appropriately exclude time on ends-of-justice grounds. The country's public health interest in stemming the spread of COVID-19 outweighs the interest of the "public and the defendant in a speedy trial." § 3161(h)(7)(A); *see also Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice continuance following the eruption of Mt. St. Helens).

The parties further stipulate that a failure to grant the requested continuance would also unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence because her ability to meet with the client and

---

[2] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

[3] *See generally* Centers for Disease Control and Prevention, *Coronavirus (COVID-19)*, https://www.cdc.gov/coronavirus/2019-ncov/index.html (updated frequently); California Dep't of Public Health, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx (updated daily); *see also* Office of Governor, Executive Order N-25-20 (Mar. 12, 2020).

review discovery are be constrained by shelter-in-place and quarantine orders. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

| March 26, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>ELISE LAPUNZINA<br>Assistant United States Attorney |
| March 26, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

**ORDER**

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to May 14, 2020 at 9:30 AM for change of plea.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from April 22, 2020, through May 14, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court also finds that failing to exclude the time from April 22, 2020, through May 14, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

1   IT IS SO ORDERED.

3   DATED: March 31, 2020

       _____
       HONORABLE JAMES DONATO
       United States District Judge