STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email:     Angela_chuang@fd.org

Counsel for Defendant WENGERD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–032 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| ANTHONY JOHN WENGERD, | |
| Defendant. | |

    The above titled matter is currently scheduled for change of plea on May 14, 2020. In early March, the Governor of the State of California declared a public health emergency[1] in response to the spread of the Coronavirus Disease 2019 (COVID-19). The Centers of Disease Control and Prevention (CDC) and other health authorities have advised people to take precautions to reduce the exposure to COVID-19 and to slow the spread of the disease. An

---

[1] *See Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19*, https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/ (Mar. 4, 2020).

STIPULATED ORDER
*WENGERD*, CR 20–032 JD

important part of the CDC recommendations is social distancing: keeping an appropriate physical distance between people, and particularly in public settings.[2] A statewide shelter-in-place order remains in effect, and Bay Area counties recently extended local shelter-in-place orders through the month of May.[3]

To ensure the health and safety of the defendant and others through social distancing, and in accordance with the Court's General Order No. 72-2, the parties stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for change of plea on June 10, 2020 at 10:30 AM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until the next court date. The parties agree that the ends of justice served by ordering this continuance outweigh the best interest of the public and this defendant's right to a speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A); N.D. Cal. General Order 72-2. The Court may appropriately exclude time on ends-of-justice grounds. The country's public health interest in stemming the spread of COVID-19 outweighs the interest of the "public and the defendant in a speedy trial." § 3161(h)(7)(A); *see also Furlow v. United States*, 644 F.2d 764 (9th Cir. 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice continuance following the eruption of Mt. St. Helens).

The parties further stipulate that a failure to grant the requested continuance would also unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence because her ability to meet with her client and review discovery are constrained by shelter-in-place and quarantine orders. § 3161(h)(7)(B)(iv).

---

[2] *See generally* Centers for Disease Control and Prevention, *Coronavirus (COVID-19)*, https://www.cdc.gov/coronavirus/2019-ncov/index.html (updated frequently); California Dep't of Public Health, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx (updated daily); *see also* Office of Governor, Executive Order N-25-20 (Mar. 12, 2020).

[3] *See* Dominic Fracassa, *Bay Area Shelter-in-Place Orders Will be Extended to End of May*, SAN FRANCISCO CHRONICLE, https://www.sfchronicle.com/bayarea/article/Bay-Area-counties-extend-coronavirus-stay-at-home-15229291.php (updated April 27, 2020, 7:41 PM).

STIPULATED ORDER
*WENGERD*, CR 20–032 JD

IT IS SO STIPULATED.

| | |
|---|---|
| May 1, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>ELISE LAPUNZINA<br>Assistant United States Attorney |
| May 1, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ANGELA CHUANG<br>Assistant Federal Public Defender |

**ORDER**

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to June 10, 2020 at 10:30 AM for change of plea.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 14, 2020, through June 10, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court also finds that failing to exclude the time from May 14, 2020, through June 10, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:   May 5, 2020

_____
HONORABLE JAMES DONATO
United States District Judge