STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Angela_chuang@fd.org

Counsel for Defendant WENGERD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–032 JD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE** |
| v. | |
| ANTHONY JOHN WENGERD, | |
| Defendant. | |

The above titled matter is currently scheduled for change of plea on June 10, 2020. Shelter-in-place orders stemming from the COVID-19 pandemic remain in effect in Bay Area counties. Mr. Wengerd is currently detained at Santa Rita Jail, where contact visits have been suspended since March. That ban has not yet been lifted and likely will stay in place for the near future. Until contact visits are allowed again, undersigned counsel and Probation cannot conduct an in-person Pre-Sentence Report interview.

To minimize potential exposure from multiple court appearances and to allow time for the public health crisis to improve so that an in-person interview becomes possible, and in

1  accordance with General Order 72-3, the parties hereby stipulate that the presently scheduled
2  hearing shall be vacated and that the matter shall be set for change of plea and sentencing on
3  October 7, 2020 at 10:30 AM. The parties agree that the Court should immediately refer Mr.
4  Wengerd to Probation for the preparation of a full Presentence Report.
5      The parties further stipulate that time should be excluded from computation under the
6  Speedy Trial Act until the next court date. The parties agree that the ends of justice served by
7  ordering this continuance outweigh the best interest of the public and this defendant's right to a
8  speedy trial, and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A); N.D. Cal.
9  General Order 72-3. The Court may appropriately exclude time on ends-of-justice grounds.
10 The country's public health interest in stemming the spread of COVID-19 outweighs the
11 interest of the "public and the defendant in a speedy trial." § 3161(h)(7)(A); *see also* N.D. Cal.
12 General Order 72-3.

    IT IS SO STIPULATED.

| May 28, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

                                                          /S
                                        ELISE LAPUNZINA
                                        Assistant United States Attorney

| May 28, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

                                                          /S
                                        ANGELA CHUANG
                                        Assistant Federal Public Defender

**ORDER**

For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to October 7, 2020 at 10:30 AM for change of plea and sentencing. Mr. Wengerd is referred to Probation for the preparation of a full Presentence Report.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 10, 2020, through October 7, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: June 3, 2020

_____
HONORABLE JAMES DONATO
United States District Judge