STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA CHUANG
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:           Angela_chuang@fd.org

Counsel for Defendant WENGERD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JOHN WENGERD,<br><br>Defendant. | **Case No.:** CR 20–032 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |

The above titled matter is currently scheduled for combined change of plea and sentencing on October 7, 2020. Undersigned defense counsel is no longer available to appear on that date. To provide for continuity of counsel, the parties hereby stipulate that the presently scheduled hearing shall be vacated and that the matter shall be set for change of plea and sentencing on October 14, 2020 at 11:00 AM.

The parties further stipulate that time should be excluded from computation under the Speedy Trial Act until the next court date. The parties agree that a failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel. *See* 18 U.S.C. §

1  3161(h)(7)(B)(iv). The parties further agree that the ends of justice served by ordering this

2  continuance outweigh the best interest of the public and this defendant's right to a speedy trial,

3  and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

        IT IS SO STIPULATED.

| August 17, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

                          /S
                        ELISE LAPUNZINA
                        Assistant United States Attorney

| August 17, 2020 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

                          /S
                        ANGELA CHUANG
                        Assistant Federal Public Defender

### ORDER

    For the reasons stated above, the Court VACATES all appearances and CONTINUES this case to October 14, 2020 at 11:00 AM for change of plea and sentencing.

    The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 7, 2020, through October 14, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: August 21, 2020

                                          HONORABLE JAMES DONATO
                                          United States District Judge