1  JODI LINKER
Federal Public Defender
2  Northern District of California
ANGELA CHUANG
3  Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
San Francisco, CA 94102
5  Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
6  Email:      Angela_chuang@fd.org

7

8  Counsel for Defendant WENGERD

9

10          IN THE UNITED STATES DISTRICT COURT

11       FOR THE NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         **Case No.:** CR 20–032 JD

15            Plaintiff,              **STIPULATION AND ORDER TO CONTINUE**

16       v.

17  ANTHONY JOHN WENGERD,

18            Defendant.

19

20

21          The above titled matter was recently reset by clerk's notice to March 31, 2025, at 10:30

22  AM for status on a pending Form 12. Undersigned defense counsel is unavailable to appear on

23  that date. To provide for continuity of counsel, the parties hereby stipulate that the presently

24  scheduled hearing shall be continued to April 7, 2025 at 10:30 AM. Defense counsel has

25  confirmed that the assigned Probation Officer is available to appear at that time as well.

26  //

27  //

28  //

[PROPOSED] STIPULATED ORDER
*WENGERD*, CR 20–032 JD

1     IT IS SO STIPULATED.

2              March 20, 2025              PATRICK D. ROBBINS
3              Dated                       United States Attorney
                                           Northern District of California
4
                                           _____/S_____
5                                          KEVIN YEH
6                                          Assistant United States Attorney

7

8              March 20, 2025              JODI LINKER
               Dated                       Federal Public Defender
9                                          Northern District of California
10
                                           _____/S_____
11                                         ANGELA CHUANG
                                           Assistant Federal Public Defender
12

13                              **ORDER**

14        For the reasons stated above, the Court CONTINUES this case to April 7, 2025, at

15    10:30 AM for status.

16    IT IS SO ORDERED.
17

18    DATED:  March 26, 2025

19                                         _____
                                           HONORABLE JAMES DONATO
20                                         United States District Judge

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER
*WENGERD*, CR 20–032 JD

2